**EXHIBIT B**

Case 3:11-cv-02115-RDM   Document 1-2   Filed 11/11/11   Page 1 of 4

**DUANE MORRIS LLP**  
By: Anthony L. Gallia  
Attorney ID No. 86029  
30 South 17th Street  
Philadelphia, PA 19103-4196  
Tel.: 215.979.1127  
Fax: 215.689.4919  
algallia@duanemorris.com

*Attorneys for Defendant*  
*Dell Financial Services, LLC*

| | |
|---|---|
| Ashley Gager,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>Dell Financial Services, LLC,<br><br>　　　　　Defendant. | COURT OF COMMON PLEAS<br>WAYNE COUNTY<br><br>CIVIL ACTION<br><br>NO. 627-Civil-2011 |

## NOTICE OF REMOVAL

**TO THE PROTHONOTARY OF THE ABOVE CAPTIONED COURT:**

**PLEASE TAKE NOTICE** that on November 11, 2011, Defendant, Dell Financial Services, LLC, through its undersigned counsel, Duane Morris LLP, filed a Notice of Removal of the above-captioned action to the United States District Court for the Middle District of Pennsylvania. A copy of the Notice of Removal, with all exhibits, is being filed herewith and is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. §§ 1441 and 1446, the filing of the Notice of Removal in the United States District Court for the Middle District of Pennsylvania and in this Court effect the removal of the above-captioned action and this Court shall proceed no further with this action.

By: _____
Anthony L. Gallia
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215.979.1127
algallia@duanemorris.com

*Attorney for Defendant
Dell Financial Services, LLC*

Dated: November 11, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2011, I caused to be mailed, via First Class U.S. Mail, postage prepaid, a true and correct copy of the foregoing Notice of Removal to:

> Brett Freeman, Esquire
> Sabatini Law Firm, LLC
> 216 North Blakely Street
> Dunmore, Pennsylvania 18512

Anthony L. Gallia