| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ RECEIVED  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)  \| C. Date of Delivery<br>DEC 27 2010 |
| 1. Article Addressed to:<br><br>Dell Finanical Services<br>c/o DFS Customer Care Dept<br>P.O. Box 81577<br>Austin, TX 78708 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>DELL FINANCIAL SERVICES |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1670 0000 6953 8809 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540