## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ashley Gager, | Docket  3:11-cv-02115-RDM |
| Plaintiff, | (JUDGE ROBERT D. MARIANI) |
| v. | |
| Dell Financial Services, LLC, | FILED ELECTRONICALLY |
| Defendant. | |

## STIPULATION OF SETTLEMENT

The parties have reached a settlement of this action.  Settlement is

expected to be complete within 45 days.  The parties do not object to the entry

of the attached dismissal order.

Dated:  April 10, 2014


_____         s/ Anthony Gallia_____
Brett Freeman: PA 308834                Anthony Gallia
Attorney for Plaintiff                  Attorney for Defendant
Sabatini Law Firm, LLC                  Duane Morris LLP
216 N. Blakely St.                      30 South 17th St.
Dunmore, PA 18512                       Philadelphia, PA 19103-4196
Phone (570) 341-9000                    Phone (215) 979-1127
Facsimile (570) 504-2769                Facsimile (215) 689-4919
Email: bfecf@bankruptcypa.com           Email: algallia@duanemorris.com