# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ashley Gager, | Docket 3:11-cv-02115-RDM |
| Plaintiff, | (JUDGE ROBERT D. MARIANI) |
| v. | |
| Dell Financial Services, LLC, | FILED ELECTRONICALLY |
| Defendant. | |

## ORDER

Counsel having reported to the Court that the above case has been settled, it is hereby ordered that this case is dismissed without costs and with prejudice, except without prejudice to the right, upon good cause shown within sixty days, to reinstate the action if settlement is not consummated. The court retains jurisdiction over the settlement agreement.

_____
Robert D. Mariani
United States District Judge